UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Alvin Prince Jones,

   Petitioner,

vs.                 ORDER

Marty Anderson, Warden,

   Respondent.       Civ. No. 06-2341(DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

That the Petitioner's Petition for Habeas Corpus [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated June 27, 2006, and for failure to prosecute.

                s/David S. Doty
                David S. Doty, Judge
                United States District Court

DATED: September 12, 2006
At Minneapolis, Minnesota